B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alexander Gammie Associates Plumbing & Heating Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**36-2692788** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7340 W 15th Street**<br>**Forest Park, IL**<br><br>ZIP Code **60130** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Alexander Gammie Associates Plumbing & Heating Co., Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Alexander Gammie Associates Plumbing & Heating Co., Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

**X  /s/ Elizabeth A. Bates**
Signature of Attorney for Debtor(s)

**Elizabeth A. Bates**
Printed Name of Attorney for Debtor(s)

**Springer Brown, LLC**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**June 3, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Frank E. Herout Jr.**
Signature of Authorized Individual

**Frank E. Herout Jr.**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**June 3, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6D (Official Form 6D) (12/07)

In re    **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                    Case No. _____
                                                                        ,
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Multiple Accounts** | | | | Lien on business assets | | | | | |
| **USBank** **11 W Madison** **Oak Park, IL 60302** | | - | | **Business Debt** | | | | | |
| | | | | Value $            **0.00** | | | | **33,037.46** | **33,037.46** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

|  **0**  continuation sheets attached | Subtotal (Total of this page) | **33,037.46** | **33,037.46** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **33,037.46** | **33,037.46** |

B6E (Official Form 6E) (4/13)

.

In re    **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                Case No. _____
_____,
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Alexander Gammie Associates Plumbing & Heating Co., Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**IDES**<br>**PO Box 19299** | - | | 1st Qtr 2013<br><br>**Unemployment** | | | | **21,019.64** | 0.00<br><br>21,019.64 |
| Account No.<br><br>**IDES**<br>**PO Box 19299**<br>**Springfield, IL 62794** | - | | 2nd Qtr 2013<br><br>**Unemployment** | | | | **1,466.63** | 0.00<br><br>1,466.63 |
| Account No.<br><br>**IDES**<br>**PO Box 19299**<br>**Springfield, IL 62794** | - | | 3rd Qtr 2012<br><br>**Unemployment** | | | | **6,433.02** | 0.00<br><br>6,433.02 |
| Account No.<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** | - | | 1st Qtr 2013<br><br>**Type of Tax:  Withholding** | | | | **10,839.26** | 0.00<br><br>10,839.26 |
| Account No.<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** | - | | 2nd Qtr 2013<br><br>**Withholding** | | | | **2,625.59** | 0.00<br><br>2,625.59 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | **42,384.14** | **42,384.14** |

In re   **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                ,        Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | 4th Qtr 2012 | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602** | - | | | **Withholding** | | | | | 0.00 | |
| | | | | | | | | 17,288.12 | | 17,288.12 |
| Account No. | | | | 3rd Qtr 2008, 4th Qtr 2008, 2nd Qtr 2009 | | | | | | |
| **IRS Department of Treasury Cincinnati, OH 45999-0039** | - | | | **Type of Tax:  941** | | | | | 0.00 | |
| | | | | | | | | 635,370.87 | | 635,370.87 |
| Account No. | | | | 1st Qtr 2013 | | | | | | |
| **IRS Department of Treasury Cincinnati, OH 45999-0039** | - | | | **Type of Tax: 941** | | | | | 0.00 | |
| | | | | | | | | 69,495.34 | | 69,495.34 |
| Account No. | | | | 2nd Qtr 2013 | | | | | | |
| **IRS Cincinnati, OH 45999-0039** | - | | | **Type of Tax: 941** | | | | | 0.00 | |
| | | | | | | | | 15,785.70 | | 15,785.70 |
| Account No. | | | | 4th Qtr 2012 | | | | | | |
| **IRS Department of Treasury Cincinnati, OH 45999-0039** | - | | | **Type of Tax: 940** | | | | | 0.00 | |
| | | | | | | | | 86,940.79 | | 86,940.79 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 824,880.82 | 824,880.82 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 867,264.96 | 867,264.96 |

B6F (Official Form 6F) (12/07)

In re    **Alexander Gammie Associates Plumbing & Heating Co., Inc.**    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1000**<br><br>**Affiliated Steam Equipment Company**<br>**12424 S Lombard Lane**<br>**Alsip, IL 60803** | - | | 6/2011<br>Supplier | | | | 2,639.00 |
| Account No. **1072**<br><br>**Air Con Refrigeration & Heating**<br>**123 Lake Street**<br>**Waukegan, IL 60085** | | | 12/2012<br>Subcontractor | | | | 1,750.00 |
| Account No. **1277**<br><br>**All Information Services, Inc.**<br>**6428 Joliet Road**<br>**Suite 100**<br>**La Grange, IL 60525** | - | | 12/2012<br>Computer Server Repair | | | | 2,400.00 |
| Account No.<br><br>**Allen J. Coleman**<br>**5725 N Ravenswood Avenue**<br>**Chicago, IL 60660** | - | | 11/2010-10/2011<br>Equipment Rental | | | | 2,167.56 |
| __13__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 8,956.56 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                    ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Arnold and Kadjan**<br>**203 N. LaSalle St**<br>**Suite 1650**<br>**Chicago, IL 60601** | - | | | **Attorney's Fees** | | | | 2,787.50 |
| Account No.<br><br>**Associated Technical Services, LTD**<br>**524 W St. Charles road**<br>**Villa Park, IL 60181** | - | | | **11/2012**<br>**Subcontractor** | | | | 771.75 |
| Account No. **xx0952**<br><br>**Atlas Copco**<br>**2510 Landmeier Road**<br>**Suite B**<br>**Elk Grove Village, IL 60007** | - | | | **1/2013**<br>**Supplier** | | | | 98.00 |
| Account No.<br><br>**Auburn Supply Company**<br>**3850 W 167th Street**<br>**Markham, IL 60428** | - | | | **11/2012-4/2013**<br>**Supplier** | | | | 211,901.53 |
| Account No.<br><br>**B&H Auto Center**<br>**9400 W Ogden Ave**<br>**Brookfield, IL 60513** | - | | | **1/2010-7/2011**<br>**Truck Repairs** | | | | 618.59 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

216,177.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                          ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Business Debt** | | | | |
| **Biehl & Biehl, Inc.** **PO Box 87410** **Carol Stream, IL 60188** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Board of Trustees of th Pipe Fitter** **45 North Ogden Avenue** **Chicago, IL 60607** | - | | | | | | | **41,802.01** |
| Account No. | | | | | | | | |
| **Board of Trustees of the Northern I** **1295 Butterfield Raod** **Aurora, IL 60502-8879** | - | | | | | | | **2,859.38** |
| Account No. **x4164** | | | | **12/2011** **Supplier** | | | | |
| **Bornquist, Inc.** **7050 N Lehigh Avenue** **Chicago, IL 60646** | - | | | | | | | **2,867.48** |
| Account No. **xx0109** | | | | **1/2013** **Supplier** | | | | |
| **Brays Sales-Midwest** **5022 Chase Avenue** **Downers Grove, IL 60515** | - | | | | | | | **149.61** |

Sheet no. __**2**___ of __**13**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **47,678.48**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                    ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/2012 Subcontractor | | | | |
| **Broadway Construction Services, Inc 1101 W Adams Street Unit C Chicago, IL 60607** | - | | | | | | | 1,484.00 |
| Account No. | | | | 12/2012-1/2013 Supplier | | | | |
| **Bushnell Incorporated 2110 Oxford Road Des Plaines, IL 60018** | - | | | | | | | 6,489.76 |
| Account No. | | | | 10/2101-1/2011 Subcontractor | | | | |
| **C.L. Doucette, Inc. 3610 Morgan Street Chicago, IL 60609** | - | | | | | | | 7,549.00 |
| Account No. | | | | 11/2012-12/2012 Subcontractor | | | | |
| **Chicagoland Trucking, Inc. 5494 W Roosevelt Rd Chicago, IL 60644** | - | | | | | | | 16,809.21 |
| Account No. | | | | Contract Claim | | | | |
| **CIV Incorporated 20156 Flacon Avenue North Forest Lake, MN 55025** | - | | | | | | | Unknown |

Sheet no. __3___ of __13___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,331.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Gammie Associates Plumbing & Heating Co., Inc.**          ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5796**<br><br>**Columbia Pipe & Supply**<br>**1803 Moen Avenue**<br>**Joliet, IL 60436** | - | | 1/2013-3/2013<br>**Supplier** | | | | 37,827.59 |
| Account No.<br><br>**Commercial Collection Corp of NY**<br>**34 Seymour St**<br>**Tonawanda, NY 14150** | - | | **Business Debt** | | | | 5,447.12 |
| Account No.<br><br>**Cross Rhodes Reprographics**<br>**30 Eisenhower Lane North**<br>**Lombard, IL 60148** | - | | 6-8/2012<br>**Supplier** | | | | 955.62 |
| Account No. **ALEX**<br><br>**Dettmann Industries**<br>**717 Circle Drive**<br>**Barrington, IL 60010** | - | | 10/2012-1/2013<br>**Subcontractor** | | | | 71,023.36 |
| Account No.<br><br>**Door Systems**<br>**751 Expressway Drive**<br>**Itasca, IL 60143** | - | | 2/2013<br>**Equipment Rental** | | | | 1,075.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **116,328.69**

B6F (Official Form 6F) (12/07) - Cont.

In re __Alexander Gammie Associates Plumbing & Heating Co., Inc._____,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/2008-9/2011 Supplier | | | | |
| Earley Insulation, Inc. PO Box 528028 Chicago, IL 60652 | | - | | | | | | |
| | | | | | | | | 53,493.00 |
| Account No. 77 | | | | 1/2013 Supplier | | | | |
| ELFCO 9860 Clearvue Ct Mokena, IL 60448 | | - | | | | | | |
| | | | | | | | | 55.68 |
| Account No. 2068 | | | | Subcontractor | | | | |
| ENGER-VAVRA 3406 Martens St Franklin Park, IL 60131 | | - | | | | | | |
| | | | | | | | | 19,308.08 |
| Account No. | | | | Notice Only | | | | |
| Falk Metz LLC 20 S. Clark Street, Suite 1900 Chicago, IL 60603 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. x6187 | | | | 7/2011 Supplier | | | | |
| Ferguson Enterprises, Inc. 884 S Rohlwing Road Addison, IL 60101 | | - | | | | | | |
| | | | | | | | | 1,699.65 |

Sheet no. __5___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,556.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Alexander Gammie Associates Plumbing & Heating Co., Inc.** ,         Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Fiberbasin, Inc.** <br> **1500 Dearborn Ave** <br> **Building 13** <br> **Aurora, IL 60505** | - | | **7/2010-11/2010** <br> **Supplier** | | | | 953.00 |
| Account No. <br><br> **Frederick Johnson** | - | | **Promissory Note** | | | | 50,000.00 |
| Account No.  **1890** <br><br> **Fullerton Industrial Supply** <br> **1456 W Fullerton Ave** <br> **Chicago, IL 60614** | | | **6/2012** <br> **Supplier** | | | | 17,078.32 |
| Account No.  **x6207** <br><br> **General Insulation** <br> **278 Mystic Avenue** <br> **Suite 209** <br> **Medford, MA 02155** | - | | **3/2012-7/2012** <br> **Supplier** | | | | 790.36 |
| Account No. <br><br> **Graycor** <br> **Two Mid America Plaza** <br> **Villa Park, IL 60181** | - | | **Notice Only** | | | | 0.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)      | 68,821.68

B6F (Official Form 6F) (12/07) - Cont.

In re    **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Greatlakes Architectural Millworks,** <br>**2135 W Fulton St** <br>**Chicago, IL 60612** | - | | | 12/2012 <br>**Supplier** | | | | 7,950.00 |
| Account No. <br><br>**Hard Rock Concrete Cutters, Inc.** <br>**601 Chaddick Drive** <br>**Wheeling, IL 60090** | - | | | 9/2010-1/2013 <br>**Subcontractor** | | | | 45,781.95 |
| Account No. <br><br>**HAYWARD** <br>**9556 River Street** <br>**Schiller Park, IL 60176** | - | | | 10/2012 <br>**Subcontractor** | | | | 669.65 |
| Account No. **AGA** <br><br>**KARA** <br>**Company, Inc.** <br>**La Grange, IL 60525** | - | | | 8/2012 <br>**Supplier** | | | | 969.06 |
| Account No. **XXXGAMMIE** <br><br>**Keift Brothers, Inc.** <br>**837 S Riverside Drive** <br>**Elmhurst, IL 60126** | - | | | 11/2012 <br>**Notice Only** | | | | 0.00 |

Sheet no. __7___ of __13___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                55,370.66

B6F (Official Form 6F) (12/07) - Cont.

In re    __Alexander Gammie Associates Plumbing & Heating Co., Inc._____,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 7/2012-2/2013 Supplier | | | | |
| KOLBI Pipe Marker Co 416 W Campus Dr Arlington Heights, IL 60004 | - | | | | | | | 1,193.71 |
| Account No. | | | | | | | | |
| Laborers Pension fund and Health an 111 W. Jackson Blvd Chicago, IL 60604-3868 | - | | | | | | | 4,565.70 |
| Account No. | | | | Notice Only | | | | |
| Laborers Pension Fund, et al. 111 W. Jackson Blvd Chicago, IL 60604-3868 | - | | | | | | | 0.00 |
| Account No. | | | | Insurance Claim | | | | |
| Lamb, Little & Co 1101 Perimeter Drive Suite 500 Schaumburg, IL 60173 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Machinery and Conveyor Services, In | - | | | | | | | 31,184.00 |

Sheet no. __8___ of __13___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,943.41

B6F (Official Form 6F) (12/07) - Cont.

In re __Alexander Gammie Associates Plumbing & Heating Co., Inc._____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2/2009-5/2012 Subcontractor | | | | |
| MACS, Inc. 10912 Oxford Ave 60415 | - | | | | | | | | 8,307.92 |
| Account No. | | | | | Notice Only | | | | |
| Mary Kate Gorman 10644 S Western Ave Chicago, IL 60643 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| McGuire Law Firm, Inc. 11546 New Biddinger Road Harrison, OH 45030 | - | | | | | | | | 0.00 |
| Account No. | | | | | 10/2012-3/2013 Lift Rental | | | | |
| Metrolift, Inc. 679 Heartland Drive Sugar Grove, IL 60554 | - | | | | | | | | 4,220.15 |
| Account No. | | | | | Promissory Note | | | | |
| Michael W. Staats | - | | | | | | | | 50,000.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,528.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                    ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 11/2012<br>Supplier | | | | |
| **Midwest Grading, Inc.**<br>**825 W State Street**<br>**Suite 201**<br>**Geneva, IL 60134** | | | | | | | | 791.00 |
| Account No. | | - | | 11/2008-3/2013<br>Supplier | | | | |
| **O'Leary's Contractors Equipment & S**<br>**1031 N Cicero Ave**<br>**Chicago, IL 60651** | | | | | | | | 43,099.86 |
| Account No. | | - | | 11/2012<br>Supplier | | | | |
| **Promo video**<br>**593 N York Road**<br>**Elmhurst, IL 60126** | | | | | | | | 70.00 |
| Account No. | | - | | 10-11-2010<br>Subcontactor | | | | |
| **Quality Excavation, Inc.**<br>**2432 W Barry Avenue**<br>**Chicago, IL 60618** | | | | | | | | 1,450.00 |
| Account No. xxE350 | | - | | 9/2008-3/2009<br>Supplier | | | | |
| **Recco Tool & Supply**<br>**8805 Joliet Road**<br>**La Grange, IL 60525** | | | | | | | | 606.64 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,017.50

B6F (Official Form 6F) (12/07) - Cont.

In re **Alexander Gammie Associates Plumbing & Heating Co., Inc.** , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxrGam**<br><br>**Reese Recreation Products, Inc.**<br>**3327 North Ridge Avenue**<br>**Arlington Heights, IL 60004** | - | | 5/2010<br>**Supplier** | | | | 615.00 |
| Account No.<br><br>**Repco Associates, Inc.**<br>**1775 W Armitage Court**<br>**Addison, IL 60101** | - | | 6/2012<br>**Supplier** | | | | 491.27 |
| Account No.<br><br>**Ritter Technology LLC**<br>**9970 W 190th Street**<br>**Mokena, IL 60448** | - | | 12/2012-2/2013<br>**Supplier** | | | | 13,121.86 |
| Account No. **xx1480**<br><br>**Robert James Sales, Inc.**<br>**PO Box 629**<br>**Oak Forest, IL 60452** | - | | 2/2012-4/2012<br>**Supplier** | | | | 1,607.27 |
| Account No. **x xxxx8000**<br><br>**Rosedale Products, Inc.**<br>**PO Box 1085**<br>**Ann Arbor, MI 48106** | - | | 3/2013<br>**Supplier** | | | | 954.05 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,789.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**S K Culver Company**<br>**2481 S Wolf Road**<br>**Des Plaines, IL 60018** | - | | **9-10/2010**<br>**Supplier** | | | | 1,000.00 |
| Account No.<br><br>**Stein Certified Public Acountants**<br>**18W140 Butterfield Road**<br>**Suite 1100**<br>**Addison, IL 60101** | - | | **3/2013**<br>**Accountant** | | | | 3,050.00 |
| Account No.<br><br>**The Baldwewin Company**<br>**825 S Waukegan Road**<br>**A-8#170**<br>**Lake Forest, IL 60045** | - | | **12/2010**<br>**Supplier** | | | | 330.00 |
| Account No.<br><br>**Trane U.S. Inc**<br>**PO Box 98167**<br>**Chicago, IL 60693** | - | | **3/2012**<br>**Supplier** | | | | 873.53 |
| Account No.<br><br>**Triple M Mechanical Inc.**<br>**14106 Archer Avenue**<br>**Lockport, IL 60441** | - | | **3/2011**<br>**Subcontractor** | | | | 325.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,578.53**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Gammie Associates Plumbing & Heating Co., Inc.**_____,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vedder Price**<br>**222 N LaSalle Street**<br>**Chicago, IL 60601** | - | | 1/2010-10/2012<br>Lawyer | | | | 33,541.13 |
| Account No.<br><br>**Velasco Enterprises Inc.**<br>**340 Foster Avenue**<br>**60191** | - | | 10/2010<br>Subcontractor | | | | 300.00 |
| Account No. **xxx-xx-xxxxx-x009-9**<br><br>**Waste Management**<br>**1411 loys Okace**<br>**/syute 400**<br>**Downers Grove, IL 60515** | - | | 12/2012-1/2013<br>Supplier | | | | 7,016.41 |
| Account No. **3170**<br><br>**Ziebell Water Service Products, Inc**<br>**10711 W 165th St**<br>**Suite J**<br>**Orland Park, IL 60467** | - | | 11/2012-12/2012 | | | | 1,612.04 |
| Account No.<br><br><br><br> | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 42,469.58 |
| Total<br>(Report on Summary of Schedules) | 830,548.36 |

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **Alexander Gammie Associates Plumbing & Heating Co., Inc.**                           Case No.
                                                                    Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 4,000.00 |

2.    $   **306.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ☐ Debtor      ■ Other (specify):      **Springer Brown, LLC**

4.    The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

       I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **June  3, 2013**                              **/s/ Elizabeth A. Bates**
                                                         **Elizabeth A. Bates**
                                                         **Springer Brown, LLC**
                                                         **400 S. County Farm Road**
                                                         **Suite 330**
                                                         **Wheaton, IL 60187**
                                                         **630-510-0000  Fax: 630-510-0004**

---

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Alexander Gammie Associates Plumbing & Heating Co., Inc.**

                                                  Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:       **85**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June  3, 2013**

/s/ **Frank E. Herout Jr.**

**Frank E. Herout Jr.**/
Signer/Title

Affiliated Steam Equipment Company
12424 S Lombard Lane
Alsip, IL 60803


Air Con Refrigeration & Heating
123 Lake Street
Waukegan, IL 60085


All Information Services, Inc.
6428 Joliet Road
Suite 100
La Grange, IL 60525


Allen J. Coleman
5725 N Ravenswood Avenue
Chicago, IL 60660


Arnold and Kadjan
203 N. LaSalle St
Suite 1650
Chicago, IL 60601


Associated Technical Services, LTD
524 W St. Charles road
Villa Park, IL 60181


Atlas Copco
2510 Landmeier Road
Suite B
Elk Grove Village, IL 60007


Auburn Supply Company
3850 W 167th Street
Markham, IL 60428


B&H Auto Center
9400 W Ogden Ave
Brookfield, IL 60513


Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188

Board of Trustees of th Pipe Fitter
45 North Ogden Avenue
Chicago, IL 60607


Board of Trustees of the Northern I
1295 Butterfield Raod
Aurora, IL 60502-8879


Bornquist, Inc.
7050 N Lehigh Avenue
Chicago, IL 60646


Brays Sales-Midwest
5022 Chase Avenue
Downers Grove, IL 60515


Broadway Construction Services, Inc
1101 W Adams Street
Unit C
Chicago, IL 60607


Bushnell Incorporated
2110 Oxford Road
Des Plaines, IL 60018


C.L. Doucette, Inc.
3610 Morgan Street
Chicago, IL 60609


CCC
34 Seymour St
Tonawanda, NY 14150


Chicagoland Trucking, Inc.
5494 W Roosevelt Rd
Chicago, IL 60644


CIV Incorporated
20156 Flacon Avenue North
Forest Lake, MN 55025


Columbia Pipe & Supply
1803 Moen Avenue
Joliet, IL 60436

Commercial Collection Corp of NY
34 Seymour St
Tonawanda, NY 14150


Cross Rhodes Reprographics
30 Eisenhower Lane North
Lombard, IL 60148


Dettmann Industries
717 Circle Drive
Barrington, IL 60010


Donna Herout


Door Systems
751 Expressway Drive
Itasca, IL 60143


Earley Insulation, Inc.
PO Box 528028
Chicago, IL 60652


ELFCO
9860 Clearvue Ct
Mokena, IL 60448


ENGER-VAVRA
3406 Martens St
Franklin Park, IL 60131


Falk Metz LLC
20 S. Clark Street, Suite 1900
Chicago, IL 60603


Ferguson Enterprises, Inc.
884 S Rohlwing Road
Addison, IL 60101


Fiberbasin, Inc.
1500 Dearborn Ave
Building 13
Aurora, IL 60505

Frederick Johnson


Fullerton Industrial Supply
1456 W Fullerton Ave
Chicago, IL 60614


General Insulation
278 Mystic Avenue
Suite 209
Medford, MA 02155


Graycor
Two Mid America Plaza
Villa Park, IL 60181


Greatlakes Architectural Millworks,
2135 W Fulton St
Chicago, IL 60612


Hard Rock Concrete Cutters, Inc.
601 Chaddick Drive
Wheeling, IL 60090


HAYWARD
9556 River Street
Schiller Park, IL 60176


IDES
PO Box 19299


IDES
PO Box 19299
Springfield, IL 62794


IDES
PO Box 19299
Springfield, IL 62794


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


IRS
Department of Treasury
Cincinnati, OH 45999-0039


IRS
Department of Treasury
Cincinnati, OH 45999-0039


IRS
Cincinnati, OH 45999-0039


IRS
Department of Treasury
Cincinnati, OH 45999-0039


Johnson & Krol
300 S Wacker Drive
Sutie 1313
Chicago, IL 60606


KARA
Company, Inc.
La Grange, IL 60525


Keift Brothers, Inc.
837 S Riverside Drive
Elmhurst, IL 60126


KOLBI Pipe Marker Co
416 W Campus Dr
Arlington Heights, IL 60004

Laborers Pension fund and Health an
111 W. Jackson Blvd
Chicago, IL 60604-3868


Laborers Pension Fund, et al.
111 W. Jackson Blvd
Chicago, IL 60604-3868


Lamb, Little & Co
1101 Perimeter Drive
Suite 500
Schaumburg, IL 60173


Lorraine Herout


Machinery and Conveyor Services, In


MACS, Inc.
10912
Oxford Ave
60415


Mary Ellen Staats
683 86th Street
Downers Grove, IL 60516


Mary Kate Gorman
10644 S Western Ave
Chicago, IL 60643


McGuire Law Firm, Inc.
11546 New Biddinger Road
Harrison, OH 45030


Metrolift, Inc.
679 Heartland Drive
Sugar Grove, IL 60554


Michael W. Staats

Midwest Grading, Inc.
825 W State Street
Suite 201
Geneva, IL 60134

O'Leary's Contractors Equipment & S
1031 N Cicero Ave
Chicago, IL 60651

Promo video
593 N York Road
Elmhurst, IL 60126

Quality Excavation, Inc.
2432 W Barry Avenue
Chicago, IL 60618

Recco Tool & Supply
8805 Joliet Road
La Grange, IL 60525

Reese Recreation Products, Inc.
3327 North Ridge Avenue
Arlington Heights, IL 60004

Repco Associates, Inc.
1775 W Armitage Court
Addison, IL 60101

Richard T Avis & Associates
PO Box 1008
Arlington Heights, IL 60006

Ritter Technology LLC
9970 W 190th Street
Mokena, IL 60448

Robert James Sales, Inc.
PO Box 629
Oak Forest, IL 60452

Rosedale Products, Inc.
PO Box 1085
Ann Arbor, MI 48106

S K Culver Company
2481 S Wolf Road
Des Plaines, IL 60018


Stein Certified Public Acountants
18W140 Butterfield Road
Suite 1100
Addison, IL 60101


The Baldwewin Company
825 S Waukegan Road
A-8#170
Lake Forest, IL 60045


Trane U.S. Inc
PO Box 98167
Chicago, IL 60693


Triple M Mechanical Inc.
14106 Archer Avenue
Lockport, IL 60441


USBank
11 W Madison
Oak Park, IL 60302


Vedder Price
222 N LaSalle Street
Chicago, IL 60601


Velasco Enterprises Inc.
340 Foster Avenue
60191


Waste Management
1411 Ioys Okace
/syute 400
Downers Grove, IL 60515


Ziebell Water Service Products, Inc
10711 W 165th St
Suite J
Orland Park, IL 60467

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Alexander Gammie Associates Plumbing & Heating Co., Inc.**      Case No.

                             Debtor(s)         Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Alexander Gammie Associates Plumbing & Heating Co., Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

| | |
|---|---|
| **June  3, 2013** | **/s/ Elizabeth A. Bates** |
| Date | **Elizabeth A. Bates** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Alexander Gammie Associates Plumbing & Heating Co., Inc.** |
| | **Springer Brown, LLC** |
| | **400 S. County Farm Road** |
| | **Suite 330** |
| | **Wheaton, IL 60187** |
| | **630-510-0000 Fax:630-510-0004** |