UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 13-23126 |
|---|---|---|
| Alexander Gammie Associates Plumbing & Heating Co., Inc., | ) ) ) ) ) | Chapter: 7 Honorable Jack Schmetterer |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause comes before the Court on the Motion for Relief from the Automatic Stay of Trifera, LLC ("Trifera"), all parties in interest with respect to the real property located at 650 W. Wayman Street #504C, Chicago, IL 60661(the "Premises") having received notice and the Court being fully advised:

It is Hereby Ordered that the Automatic Stay is modified to permit Trifera to exercise its rights under applicable state law as to the Premises, including but not limited to foreclosure; and

It is Further Ordered that the 14 day stay pursuant to Federal Rule of Bankruptcy Procedure 4001 is waived.

Enter: *(signature)*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: August 07, 2017

**Prepared by:**

Evan Lincoln Moscov, ARDC No. 6278081
Weinstein & Riley, P.S.
653 N. Kingsbury Street, Suite 1501
Chicago, IL 60654
Telephone: (312) 255-7996
Email: EvanM@w-legal.com